UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Pader, Raymond M. and Pader, Leslie S.

Case No. 19-23665-GLT

Reporting Period: JAN 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

2/11/20
Date

_____
Signature of Joint Debtor

2/11/2020
Date

_____
Signature of Preparer

_____
Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Pader, Raymond M. and Pader, Leslie S.    Case No. 19-23665-GLT
    Debtor    Reporting Period: JAN 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 | |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Pader, Raymond M. and Pader, Leslie S.       Case No. 19-23665-GLT
Debtor      Reporting Period: JAN 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 13015.29 | |
| **RECEIPTS** | | |
| Wages (Net) | 4258.71 | 32,307.36 |
| Interest and Dividend Income | — | 3.38 |
| Alimony and Child Support | | |
| Social Security and Pension Income | 904.00 | 5071.00 |
| Sale of Assets | | |
| Other Income (attach schedule) | 6073.03 | 14,814.74 |
| **Total Receipts** | 11235.74 | 52196.48 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | — | 5662.14 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1479.43 | 6279.52 |
| Insurance | 913.74 | 3811.20 |
| Auto Expense | 1195.27 | 5655.75 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 324.02 | 7398.74 |
| Medical Expenses | — | 3562.86 |
| Household Expenses | 3812.18 | 15603.02 |
| Charitable Contributions | — | 68.10 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 687.45 | 2146.77 |
| Gifts | 85.06 | 2571.05 |
| Other (attach schedule) | 987.69 | 10130.75 |
| Total Ordinary Disbursements | 9484.84 | 62889.90 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 650.00 | 1625.00 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 650.00 | 1625.00 |
| Total Disbursements (Ordinary + Reorganization) | 10134.84 | 64514.90 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 1100.90 | |
| Cash - End of Month (Must equal reconciled bank statement) | 14116.19 | |

FORM MOR-1(INDV)
(9/99)

Pader, Raymond M. and Pader, Leslie S.　　　　　　　　　　　Case No. 19-23665-GLT
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　Reporting Period: JAN 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| RENT | 2230.00 | |
| REFUND FROM HSA OVERPAY | 2621.23 | |
| ESCROW REFUND | 1215.30 | |
| ATM REIMB | 3.50 | |
| REIMBURSE ATM FEES | 3.00 | |
| **Other Taxes** | | |
| GOOGLE STORAGE | 1.99 | |
| HIYA CALLER ID/BLOCK | 3.20 | |
| BACKBLAZE BACKUP | 6.00 | |
| SERVER HOSTING (DIGITAL OCEAN) | 24.50 | |
| SERVER SOFTWARE (CPANEL) | 30.00 | |
| KINGDOM TRUST ANNUAL FEE | 125.00 | |
| **Other Ordinary Disbursements** | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Pader, Raymond M. and Pader, Leslie S.  Case No. 19-23665-GLT
Debtor  Reporting Period: JAN 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | |

FORM MOR-5
(9/99)

QUANTUM STRIDES LLC
13800 COPPERMINE ROAD STE 150
HERNDON, VA 20171

01/17/2020

(703) 424-0856

NON-NEGOTIABLE

PAY TO THE ORDER OF    PADER, RAYMOND          NET    $1,843.71

PADER, RAYMOND
3821 KIM LN
GIBSONIA, PA 15044-9781

PADER, RAYMOND
WORKER ID : 5EF6-35
3821 KIM LN
GIBSONIA, PA 15044-9781

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | $85.00 | 12.00 hrs | | $1,020.00 | $1,020.00 |
| COMM $ | | | | $1,693.12 | $1,693.12 |

| PERIOD START | 12/22/2019 | CHECK DATE | 01/17/2020 |
|---|---|---|---|
| PERIOD END | 01/04/2020 | CHECK NUMBER | 0 |

QUANTUM STRIDES LLC

13800 COPPERMINE ROAD STE 150
HERNDON, VA 20171
(703) 424-0856

| TOTAL HOURS & EARNINGS | 12.00 hrs | 0.00 hrs | $2,713.12 | $2,713.12 |
|---|---|---|---|---|

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $207.74 | $207.74 |
| FICA | $163.40 | $163.40 |
| MEDFICA | $38.21 | $38.21 |
| PA SUI EE | $1.63 | $1.63 |
| PINE-RI | $13.18 | $13.18 |
| RICHL7LST | $2.16 | $2.16 |
| RICHLAN | $13.18 | $13.18 |
| STATE-PA | $80.91 | $80.91 |

EMPLOYER MEMO:

| TOTAL TAXES | $520.41 | $520.41 |
|---|---|---|

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| 401K 1$ | $271.31 | $271.31 |
| HIPRE | $77.69 | $77.69 |

| TOTAL DEDUCTIONS | $349.00 | $349.00 |
|---|---|---|

TIME OFF TYPE

| TOTAL EARNINGS | $2,713.12 | $2,713.12 |
|---|---|---|
| TOTAL TAXES | $520.41 | $520.41 |
| TOTAL DEDUCTIONS | $349.00 | $349.00 |
| NET PAY | $1,843.71 | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals



## Account Activity

Monday, February 10, 2020

**Standard Checking XXXXXX4535**    **Available Balance: $10,165.80**

### Account Summary

| | | | |
|---|---|---|---|
| Available Balance: | $10,165.80 | Interest Paid to Date: | $0.00 |
| Ledger Balance: | $10,723.71 | Interest Paid Last Year: | $0.00 |
| Pending Withdrawals: | $557.91 | Last Deposit Amount: | $845.00 02/05/2020 |
| Pending Deposits: | $0.00 | Last Statement Balance: | $14,994.50 01/27/2020 |

### Account Details

| | |
|---|---|
| Nickname: | None |
| Type: | Standard Checking |
| Text Banking Nickname: | 4535 |
| Address: | 3821 KIM LN GIBSONIA, PA 15044 - 9781 |

### Pending Transactions

These transactions have been submitted to us since the last business day and are not yet posted to your account. When they have posted, they will be reflected in your Posted Transactions. Pending items may affect

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 01/02/2020 | MOBILE DEPOSIT XXXXX9415 | | $1,215.30 | $14,230.59 |
| 01/02/2020 | DEBIT CARD PURCHASE XXXXX1068 USCCADELTA DEFENSE LL XXXXX1919 WI | $30.04 | | $14,200.55 |
| 01/02/2020 | DEBIT CARD PURCHASE XXXXX0657 PYCO SCHOOL OF MUSIC WEXFORD PA | $9.62 | | $14,190.93 |
| 01/02/2020 | DEBIT CARD PURCHASE XXXXX0657 STARBUCKS STORE 00788 WEXFORD PA | $29.90 | | $14,161.03 |
| 01/02/2020 | DEBIT CARD PURCHASE XXXXX1068 SUNOCO XXXXX4100 GIBSONIA PA | $4.77 | | $14,156.26 |
| 01/02/2020 | RECURRING DEBIT CARD XXXXX8001 OPCUPMC Health Plan XXXXX7461 PA | $187.84 | | $13,968.42 |
| 01/02/2020 | DEBIT CARD PURCHASE XXXXX0657 STARBUCKS STORE 28845 ALLISON PAR PA | $5.08 | | $13,963.34 |
| 01/02/2020 | DEBIT CARD PURCHASE XXXXX0657 KOHL'S #1271 GIBSONIA PA | $35.17 | | $13,928.17 |
| 01/02/2020 | DEBIT CARD PURCHASE XXXXX1068 BUFFALO WILD WINGS 018 GIBSONIA PA | $60.57 | | $13,867.60 |
| 01/02/2020 | RECURRING DEBIT CARD XXXXX7002 BBXBIRCHBOX INC XXXXX7272 NY | $13.91 | | $13,853.69 |
| 01/02/2020 | DEBIT CARD PURCHASE XXXXX1068 DIGITALOCEAN.COM DIGITALOCEA NY | $24.50 | | $13,829.19 |
| 01/02/2020 | RECURRING DEBIT CARD XXXXX8002 Google LLC XXXXX0000 CA | $6.42 | | $13,822.77 |
| 01/02/2020 | DEBIT CARD PURCHASE XXXXX1068 CHIRP BOOKS XXXXX2478 MA | $4.99 | | $13,817.78 |
| 01/02/2020 | DEBIT CARD PURCHASE XXXXX1068 CONTROL PANEL SOLUTION XXXXX3119 TX | $30.00 | | $13,787.78 |
| 01/02/2020 | ACH DEBIT XXXXX1069 XM ATT PYMNT | $228.90 | | $13,558.88 |
| 01/02/2020 | ACH DEBIT XXXXX7272 VERIZON PAYMENT | $1215.00 | | $12,353.44 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 01/02/2020 | ACH DEBIT XXXXX6036 DUQUESNE LIGHT PAYMENT | $86.41 | | $13,264.47 |
| 01/02/2020 | ACH DEBIT XXXXX5217 ADT SECURITY PAYMENT | $52.99 | | $13,211.48 |
| 01/02/2020 | ACH WEB-SINGLE PATREON MEMBER PAYPAL INST XFER | $2.00 | | $13,209.48 |
| 01/03/2020 | ACH CREDIT XXXXX3269A SSA SSA TREAS 310 XXSOC SEC | | $904.00 | $14,113.48 |
| 01/03/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU ISLAND SPORT CENTE XXXXX4453 PA | $164.00 | | $13,949.48 |
| 01/03/2020 | ACH WEBSINGLE XXXXX1287 VOGEL DISPOSAL S AUTO PYMNT | $103.60 | | $13,845.88 |
| 01/03/2020 | ACH WEBSINGLE CKFXXXXX3980POS DUQUESNE LIGHT ONLINE PMT | $86.01 | | $13,759.87 |
| 01/03/2020 | CHECK 7038 075315217 | $347.75 | | $13,412.12 |
| 01/06/2020 | CORPORATE ACH T200184811013 SQUARE INC * CASH APP | | $600.00 | $14,012.12 |
| 01/06/2020 | MOBILE DEPOSIT XXXXX3591 | | $2,621.23 | $16,633.35 |
| 01/06/2020 | DEBIT CARD PURCHASE XXXXX0657 POTTERYBARNCOM XXXXX9934 CA | $52.97 | | $16,580.38 |
| 01/06/2020 | RECURRING DEBIT CARD XXXXX8005 BLUEAPRON* ORDER BLUEAPRON.C NY | $59.94 | | $16,520.44 |
| 01/06/2020 | DEBIT CARD PURCHASE XXXXX1068 CLEANTOWN, USA ALLISON PAR PA | $42.79 | | $16,477.65 |
| 01/06/2020 | RECURRING DEBIT CARD XXXXX8005 LEGALSHIELD MEMBRSHIP XXXXX7757 OK | $49.80 | | $16,427.85 |
| 01/06/2020 | DEBIT CARD PURCHASE XXXXX0657 SQ *HAIR SYMMETRY WEXFORD PA | $30.00 | | $16,397.85 |
| 01/06/2020 | DEBIT CARD PURCHASE XXXXX1068 TST* BARREL JUNCTION - GIBSONIA PA | $47.59 | | $16,350.26 |
| 01/06/2020 | DEBIT CARD PURCHASE XXXXX1068 GROUPON INC GROUPON.COM IL | $13.59 | | $16,336.67 |
| 01/06/2020 | DEBIT CARD PURCHASE XXXXX0657 7-ELEVEN 36142 MARS PA | $1.80 | | $16,334.87 |
| 01/06/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU ISLAND SPORT CENTE XXXXX4453 PA | $300.00 | | $16,034.87 |
| 01/06/2020 | DEBIT CARD PURCHASE XXXXX1068 AT&T FP52 15649 CRANBERRY T PA | $32.30 | | $16,002.57 |
| 01/06/2020 | POS PURCHASE POS99032813 2130570 COSTCO WHSE #0 CRANBERRY TP PA | $8.46 | | $15,994.11 |
| 01/06/2020 | POS PURCHASE POS99032813 2130571 COSTCO WHSE #0 CRANBERRY TP PA | $399.62 | | $15,594.49 |
| 01/06/2020 | DEBIT CARD PURCHASE XXXXX0657 MCDONALD'S F27444 CORAOPOLIS PA | $4.47 | | $15,590.02 |
| 01/06/2020 | POS PURCHASE POS24260301 2130573 WAL-MART #2603 GIBSONIA PA | $8.89 | | $15,581.13 |
| 01/06/2020 | POS PURCHASE POS89021102 2130572 ALDI 69068 ALLISON PARK PA | $30.65 | | $15,550.48 |
| 01/06/2020 | ACH WEBRECUR XXXXX4611 UNITEDHCMEDICARE MEDINSPYMT | $75.70 | | $15,474.78 |
| 01/06/2020 | ACH WEBSINGLE XXXXX0810 VENMO PAYMENT | $30.00 | | $15,444.78 |
| 01/07/2020 | DEBIT CARD PURCHASE XXXXX0657 BARNES & NOBLE #2819 CRANBERRY T PA | $6.63 | | $15,438.15 |
| 01/07/2020 | DEBIT CARD PURCHASE XXXXX0657 BARNES & NOBLE #2819 CRANBERRY T PA | $12.24 | | $15,425.91 |
| 01/07/2020 | DEBIT CARD PURCHASE XXXXX1068 BURGER KING #463 ALLISON PAR PA | $1.28 | | $15,424.63 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | WORLD XXXXX6000 NE | | | |
| 01/07/2020 | N0106 1068 PAYMENT POS00001000 0614512 AMERICAN HOME XXXXX4663 TN | $84.89 | | $15,099.19 |
| 01/07/2020 | N0106 1068 PAYMENT POS00001000 0614513 AMERICAN HOME XXXXX4663 TN | $55.91 | | $15,043.28 |
| 01/07/2020 | ACH WEBSINGLE CKFXXXXX3980POS PEOPLES NAT GAS ONLINE PMT | $184.45 | | $14,858.83 |
| 01/08/2020 | POS PURCHASE POS92356802 0578498 ALDI 69077 WEXFORD PA | $51.29 | | $14,807.54 |
| 01/08/2020 | POS PURCHASE POS92356802 0578501 ALDI 69077 WEXFORD PA | $15.35 | | $14,792.19 |
| 01/08/2020 | ACH WEBRECUR CKFXXXXX3980POS NMAC LEASE ONLINE PMT | $499.50 | | $14,292.69 |
| 01/08/2020 | ACH WEB-SINGLE RELIHANDENI PAYPAL INST XFER | $70.00 | | $14,222.69 |
| 01/08/2020 | ACH WEB-SINGLE RELIHANDENI PAYPAL INST XFER | $25.00 | | $14,197.69 |
| 01/08/2020 | N0108 1068 PAYMENT POS003 0578502 NETFLIX COM LOS GATOS CA | $17.11 | | $14,180.58 |
| 01/08/2020 | POS PURCHASE POS33044701 0578500 ROUTE 8 SHOP'N GIBSONIA PA | $32.09 | | $14,148.49 |
| 01/08/2020 | POS PURCHASE POS91039000 0578499 GIANT EAGLE #1 GIBSONIA PA | $12.67 | | $14,135.82 |
| 01/09/2020 | DEBIT CARD PURCHASE XXXXX1068 Amazon MusicN09AK18Q3 XXXXX3080 WA | $15.89 | | $14,119.93 |
| 01/09/2020 | DEBIT CARD PURCHASE XXXXX0657 CHURN GIBSONIA PA | $5.39 | | $14,114.54 |
| 01/09/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU ISLAND SPORT CENTE PITTSBURGH PA | $5.00 | | $14,109.54 |
| 01/09/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU DINING SERVICES MOON TOWNSH PA | $2.66 | | $14,106.88 |
| 01/10/2020 | DEPOSIT XXXXX5045 | | $725.00 | $14,831.88 |
| 01/10/2020 | PNC PURCHASE PAYBACK AWARD | | $0.97 | $14,832.85 |
| 01/10/2020 | DEBIT CARD PURCHASE XXXXX0657 GAP ONLINE XXXXX7895 OH | $10.80 | | $14,822.05 |
| 01/10/2020 | RECURRING DEBIT CARD XXXXX8010 Neat Co PA XXXXX2135 XXXXX7900 PA | $9.62 | | $14,812.43 |
| 01/10/2020 | DEBIT CARD PURCHASE XXXXX1068 KINGDOM TRUST XXXXX1000 KY | $125.00 | | $14,687.43 |
| 01/10/2020 | ACH WEBRECUR XXXXX2021 SCHWAB ADV ACH CONTRIB | $500.00 | | $14,187.43 |
| 01/13/2020 | CORPORATE ACH T200186817398 SQUARE INC * CASH APP | | $245.00 | $14,432.43 |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX0657 ALEX AND ANI XXXXX7822 RI | $127.87 | | $14,304.56 |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX0657 GAP ONLINE XXXXX7895 OH | $44.00 | | $14,260.56 |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX0657 GAP ONLINE XXXXX7895 OH | $14.00 | | $14,246.56 |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX0657 GROUPON INC GROUPON.COM IL | $13.59 | | $14,232.97 |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX1068 CAMILLES SALON WEXFORD PA | $20.00 | | $14,212.97 |
| 01/13/2020 | POS PURCHASE POS26030014 2097969 WAL-MART #2603 GIBSONIA PA | $95.26 | | $14,117.71 |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX0657 TARGET 00022624 GIBSONIA PA | $155.11 | | $13,962.60 |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX0657 TARGET 00022624 GIBSONIA PA | $5.01 | | $13,957.59 |

| Date | Description | Amount | Credit | Balance |
|---|---|---|---|---|
| | SXMSIRIUSXMCOMACCT XXXXX5144 NY | | | |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX1068 MYHOUSEDEALSCOM XXXXX1180 TX | $37.00 | | $13,887.91 |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX1068 GOOGLE*GOOGLE STORAGE INTERNET CA | $1.99 | | $13,885.92 |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX1068 WASTE MGMT WM EZPAY XXXXX2080 TX | $53.25 | | $13,832.67 |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX1068 WASTE MGMT WM EZPAY XXXXX2080 TX | $53.25 | | $13,779.42 |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU DINING SERVICES MOON TOWNSH PA | $5.83 | | $13,773.59 |
| 01/13/2020 | DEBIT CARD PURCHASE XXXXX1068 KANLAYA THAI KITCHEN ALLISON PAR PA | $64.30 | | $13,709.29 |
| 01/13/2020 | POS PURCHASE POS08113601 2170430 SHEETZ 0262 HAGERSTOWN MD | $3.81 | | $13,705.48 |
| 01/14/2020 | 38954 GIANT EAGGIBSPAPREAUTHPMTGETGO ADVPAY | $32.06 | | $13,673.42 |
| 01/15/2020 | DEBIT CARD PURCHASE XXXXX0657 CLEANTOWN, USA ALLISON PAR PA | $42.79 | | $13,630.63 |
| 01/15/2020 | DEBIT CARD PURCHASE XXXXX1068 JOHNS HOPKINS 20029294 LAUREL MD | $18.40 | | $13,612.23 |
| 01/15/2020 | DEBIT CARD PURCHASE XXXXX1068 FACCI RESTAURANT LAUREL MD | $35.68 | | $13,576.55 |
| 01/15/2020 | DEBIT CARD PURCHASE XXXXX1068 ECHOBOOM STRIPE.COM NY | $5.99 | | $13,570.56 |
| 01/15/2020 | DEBIT CARD PURCHASE XXXXX0657 PP*B.Parlor PITTSBURGH PA | $115.00 | | $13,455.56 |
| 01/15/2020 | DEBIT CARD PURCHASE XXXXX0657 WHOLEFDS WEX #10377 WEXFORD PA | $82.83 | | $13,372.73 |
| 01/15/2020 | ACH DEBIT XXXXX9710 ENCOMPASS INS PAYMENT | $149.42 | | $13,223.31 |
| 01/15/2020 | ACH DEBIT 86775586 PTC E-ZPASS CSC ACH AUTO | $70.00 | | $13,153.31 |
| 01/16/2020 | DEBIT CARD PURCHASE XXXXX1068 JP PARK WAYSIDE VDYKES XXXXX3415 SC | $2.39 | | $13,150.92 |
| 01/16/2020 | DEBIT CARD PURCHASE XXXXX1068 JOHNS HOPKINS 20029294 LAUREL MD | $12.54 | | $13,138.38 |
| 01/16/2020 | DEBIT CARD PURCHASE XXXXX1068 ANANDA FULTON MD | $60.18 | | $13,078.20 |
| 01/16/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU DINING SERVICES MOON TOWNSH PA | $11.02 | | $13,067.18 |
| 01/16/2020 | DEBIT CARD PURCHASE XXXXX1068 KOTO SAKE JAPANESE STE COLUMBIA MD | $48.17 | | $13,019.01 |
| 01/16/2020 | RECURRING DEBIT CARD XXXXX8016 GOOGLE YouTubePremium XXXXX3987 CA | $10.69 | | $13,008.32 |
| 01/16/2020 | CHECK 1030 074172448 | $89.00 | | $12,919.32 |
| 01/16/2020 | POS PURCHASE POS08076301 0639990 SHEETZ 0519 FREDERICK MD | $4.55 | | $12,914.77 |
| 01/17/2020 | ACH CREDIT 5EF6 35 QUANTUM STRIDES 5EF6 | | $1,843.71 | $14,758.48 |
| 01/17/2020 | ATM DEPOSIT 90537876 DEPOSIT 505 GRANDVIEW C GIBSONIA PA | | $2,415.00 | $17,173.48 |
| 01/17/2020 | DEBIT CARD PURCHASE XXXXX1068 JOHNS HOPKINS 20029294 LAUREL MD | $6.90 | | $17,166.58 |
| 01/17/2020 | DEBIT CARD PURCHASE XXXXX0657 CHICK-FIL-A #03804 WEXFORD PA | $18.80 | | $17,147.78 |
| 01/17/2020 | DEBIT CARD PURCHASE XXXXX1068 ITALIAN OVEN SOMERSET PA | $28.45 | | $17,119.33 |
| 01/17/2020 | ACH WEB RECUR XXXXX087 PLANET FIT CLUB FEES | $22.99 | | $17,097.27 |
| 01/17/2020 | [illegible] | [illegible] | | [illegible] |
| | [illegible] | [illegible] | | [illegible] |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | 69068 ALLISON PARK PA | | | |
| 01/21/2020 | ACH CREDIT XXXXX8524 VENMO CASHOUT | | $69.00 | $17,098.25 |
| 01/21/2020 | DEBIT CARD PURCHASE XXXXX1068 HOMEWOOD SUITES BY HIL LAUREL MD | $438.79 | | $16,659.46 |
| 01/21/2020 | DEBIT CARD PURCHASE XXXXX1068 SHEETZ 0519 00005199 FREDERICK MD | $51.10 | | $16,608.36 |
| 01/21/2020 | DEBIT CARD PURCHASE XXXXX1068 BLUEAPRON* ORDER BLUEAPRON.C NY | $59.94 | | $16,548.42 |
| 01/21/2020 | DEBIT CARD PURCHASE XXXXX0657 SQ *HAIR SYMMETRY WEXFORD PA | $75.00 | | $16,473.42 |
| 01/21/2020 | DEBIT CARD PURCHASE XXXXX1068 AMERICAN NATURAL 17 GIBSONIA PA | $43.13 | | $16,430.29 |
| 01/21/2020 | POS PURCHASE POS89021102 2777682 ALDI 69068 ALLISON PARK PA | $2.78 | | $16,427.51 |
| 01/21/2020 | POS PURCHASE POS33044701 2777681 ROUTE 8 SHOP'N GIBSONIA PA | $17.06 | | $16,410.45 |
| 01/21/2020 | DEBIT CARD PURCHASE XXXXX0657 BURGATORY - MURRYSVILL MURRYSVILLE PA | $33.19 | | $16,377.26 |
| 01/21/2020 | ACH WEBSINGLE XXXXX5119 NGUYEN VAN DONG IAT PAYPAL | $16.98 | | $16,360.28 |
| 01/22/2020 | ACH CREDIT XXXXX6055 VENMO CASHOUT | | $69.00 | $16,429.28 |
| 01/22/2020 | DEBIT CARD PURCHASE XXXXX0657 SKY ZONE MONROEVILLE XXXXX0200 PA | $24.54 | | $16,404.74 |
| 01/22/2020 | DEBIT CARD PURCHASE XXXXX1068 WATERWORKS CINEMAS PITTSBURGH PA | $21.75 | | $16,382.99 |
| 01/22/2020 | DEBIT CARD PURCHASE XXXXX0657 SKY ZONE - MONROEVILLE MONROEVILLE PA | $3.00 | | $16,379.99 |
| 01/22/2020 | ACH WEBSINGLE CKFXXXXX3980POS PITTSBURGH WATER ONLINE PMT | $138.00 | | $16,241.99 |
| 01/22/2020 | ACH WEBSINGLE XXXXX6790 VENMO PAYMENT | $45.00 | | $16,196.99 |
| 01/22/2020 | ACH DEBIT 9599617 GLAIC INSPAYMENT | $43.20 | | $16,153.79 |
| 01/22/2020 | ACH WEBSINGLE XXXXX1964 SHANG HAI YI PIN IAT PAYPAL | $3.64 | | $16,150.15 |
| 01/22/2020 | ATM WITHDRAWAL PNCPX1371 N0122 0657 4960 WILLIAM FLYNN ALLISON PARK PA | $100.00 | | $16,050.15 |
| 01/22/2020 | POS PURCHASE POS07499560 0579144 CHURN GIBSONIA PA | $5.92 | | $16,044.23 |
| 01/23/2020 | DEBIT CARD PURCHASE XXXXX1068 #7 BRAVO MCKNIGHT PITTSBURGH PA | $56.09 | | $15,988.14 |
| 01/23/2020 | POS PURCHASE POS24260301 0618189 WAL-MART #2603 GIBSONIA PA | $82.97 | | $15,905.17 |
| 01/23/2020 | POS PURCHASE POS33044701 0618188 ROUTE 8 SHOP'N GIBSONIA PA | $9.24 | | $15,895.93 |
| 01/23/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU DINING SERVICES MOON TOWNSH PA | $9.61 | | $15,886.32 |
| 01/23/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU DINING SERVICES MOON TOWNSH PA | $9.07 | | $15,877.25 |
| 01/23/2020 | RECURRING DEBIT CARD XXXXX8023 Amazon Prime*5M2NF6DR3 Amzn.com/bi WA | $126.14 | | $15,751.11 |
| 01/23/2020 | ACH DEBIT 0S42592952 TRANSAMERICA INS INSPAYMENT | $137.29 | | $15,613.82 |
| 01/23/2020 | ACH WEB-SINGLE RELIHANDENI PAYPAL INST XFER | $60.00 | | $15,553.82 |

| Date | Description | Amount | Credit | Balance |
|---|---|---|---|---|
| 01/24/2020 | ACH WEBSINGLE CKFXXXXX3980POS PITTSBURGH WATER ONLINE PMT | $69.00 | | $15,435.64 |
| 01/24/2020 | 38954 GIANT EAGGIBSPAPREAUTHPMTGETGO ADVPAY | $28.17 | | $15,407.47 |
| 01/24/2020 | POS PURCHASE POS07499560 0690973 CHURN GIBSONIA PA | $5.42 | | $15,402.05 |
| 01/27/2020 | DEBIT CARD CREDIT 2469440001 VIS 0124 TARGET 00022624 GIBSONIA PA | | $71.48 | $15,473.53 |
| 01/27/2020 | DEBIT CARD PURCHASE XXXXX1068 GOOGLE*DISNEY MOBILE INTERNET CA | $7.48 | | $15,466.05 |
| 01/27/2020 | DEBIT CARD PURCHASE XXXXX0657 DOLLAR TREE GIBSONIA PA | $72.43 | | $15,393.62 |
| 01/27/2020 | DEBIT CARD PURCHASE XXXXX0657 TARGET 00022624 GIBSONIA PA | $239.80 | | $15,153.82 |
| 01/27/2020 | DEBIT CARD PURCHASE XXXXX1068 Kindle UnltdV24U25EB3 XXXXX8851 WA | $10.59 | | $15,143.23 |
| 01/27/2020 | RECURRING DEBIT CARD XXXXX8027 GOOGLE Hiya XXXXX3987 CA | $3.20 | | $15,140.03 |
| 01/27/2020 | POS PURCHASE POS89021102 2200810 ALDI 69068 ALLISON PARK PA | $53.01 | | $15,087.02 |
| 01/27/2020 | POS PURCHASE POS06232346 2200807 THE HOME DEPOT ALLISON PARK PA | $2.39 | | $15,084.63 |
| 01/27/2020 | POS PURCHASE POS99999999 2200809 GIANT EAGLE #1 GIBSONIA PA | $1.99 | | $15,082.64 |
| 01/27/2020 | POS PURCHASE POS91000200 2200808 GIANT EAGLE #1 GIBSONIA PA | $19.99 | | $15,062.65 |
| 01/27/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU DINING SERVICES MOON TOWNSH PA | $6.67 | | $15,055.98 |
| 01/27/2020 | ACH WEBSINGLE XXXXX9936 VENMO PAYMENT | $30.00 | | $15,025.98 |
| 01/27/2020 | POS PURCHASE POS99999999 2200811 GET GO #3280 1 GLENSHAW PA | $37.98 | | $14,988.00 |
| 01/27/2020 | ATM TRANSACTION FEE REIMBURSEMENT | | $3.00 | $14,991.00 |
| 01/27/2020 | NON-PNC ATM SURCHARGE REIMBURSEMENT | | $3.50 | $14,994.50 |
| 01/28/2020 | DEBIT CARD PURCHASE XXXXX1068 MCDONALD'S F24444 GIBSONIA PA | $5.35 | | $14,989.15 |
| 01/28/2020 | RECURRING DEBIT CARD XXXXX8028 American Hm Shld XXXXX4663 TN | $50.83 | | $14,938.32 |
| 01/29/2020 | DEBIT CARD PURCHASE XXXXX1068 BACKBLAZE HTTPSWWW.BA CA | $6.00 | | $14,932.32 |
| 01/29/2020 | ATM WITHDRAWAL PNCPD1170 N0129 0657 7600 GRAND AVE PITTSBURGH PA | $110.00 | | $14,822.32 |
| 01/30/2020 | DEBIT CARD PURCHASE XXXXX1068 MCDONALD'S F24444 GIBSONIA PA | $2.77 | | $14,819.55 |
| 01/30/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU DINING SERVICES MOON TOWNSH PA | $12.62 | | $14,806.93 |
| 01/30/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU DINING SERVICES MOON TOWNSH PA | $4.42 | | $14,802.51 |
| 01/30/2020 | ACH WEB-SINGLE 6NQNPQGT7V1 QUARTERLY FEE PAYMENT | $650.00 | | $14,152.51 |
| 01/30/2020 | ACH WEBSINGLE CKFXXXXX3980POS RTSA ONLINE PMT | $163.28 | | $13,989.23 |
| 01/31/2020 | DEPOSIT XXXXX0020 | | $660.00 | $14,649.23 |
| 01/31/2020 | DEBIT CARD PURCHASE XXXXX1068 AMZN Mktp US DL872J6T3 Amazon.com WA | $31.32 | | $14,617.91 |
| 01/31/2020 | DEBIT CARD PURCHASE XXXXX1068 Amazon.com TEAM2YV3 Amzn.com/bi WA | $11.13 | | $14,606.78 |
| 01/31/2020 | DEBIT CARD PURCHASE XXXXX0657 WAL-MART #2765 GIBSONIA PA | $54.94 | | $14,551.84 |

| | | | |
|---|---|---|---|
| 01/31/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU ISLAND SPORT CENTE PITTSBURGH PA | $13.00 | $14,541.91 |
| 01/31/2020 | DEBIT CARD PURCHASE XXXXX0657 AMZN Mktp US*4S4A18NX3 Amzn.com/bi WA | $9.43 | $14,532.48 |
| 01/31/2020 | DEBIT CARD PURCHASE XXXXX0657 AMZN Mktp US*CH70Y5MC3 Amzn.com/bi WA | $31.95 | $14,500.53 |
| 01/31/2020 | ACH DEBIT XXXXX1012EPAYQ ATT PAYMENT | $384.34 | $14,116.19 |