IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-23665 GLT |
| Raymond M. Pader | ) | |
| Leslie S. Pader, | ) | |
| | ) | Chapter 11 |
| Debtors | ) | Related to Docket No. 48 and 50 |
| | ) | |
| | ) | |
| Raymond M. Pader | ) | |
| Leslie S. Pader, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING DISCLOSURE STATEMENT
TO ACCOMPANY PLAN DATED FEBRUARY 3, 2020</u>**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Disclosure Statement to Accompany Plan Dated February 3, 2020 filed on February 3, 2020 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Disclosure Statement to Accompany Plan Dated February 3, 2020 appears thereon.  Pursuant to the Notice of Hearing, objections for Disclosure Statement to Accompany Plan Dated February 3, 2020 were to be filed and served no later than March 10, 2020 at noon.

    It is hereby respectfully requested that the Order attached to the Disclosure Statement to Accompany Plan Dated February 3, 2020 be entered by the Court.

                                                                    Respectfully submitted,

<u>March 11, 2020</u>                                 <u>/s/ Christopher M. Frye</u>
Date:                                           Christopher M. Frye, Esquire
                                                 Attorney for the Debtor
                                                 STEIDL & STEINBERG
                                                 2830 Gulf Tower
                                                 707 Grant Street
                                                 Pittsburgh, PA  15219
                                                 (412) 391-8000
                                                 Chris.frye@steidl-steinberg.com
                                                 PA I. D. No.  208402