**FILED**
**MAR 13 2020**
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-23665-GLT |
| RAYMOND M. PADER, | Chapter 11 |
| *Debtor.* | Related to Dkt. No. 48 |

### ORDER (I) APPROVING DISCLOSURE STATEMENT; (II) SETTING DEADLINES; AND (III) SCHEDULING HEARING ON PLAN CONFIRMATION

**AND NOW**, upon consideration of the *Disclosure Statement to Accompany Plan* [Dkt. No. 48] (the "Disclosure Statement") relating to the *Chapter 11 Plan of Reorganization* [Dkt. No. 47] (the "Plan"); and it appearing that the Court has jurisdiction over this matter; and due notice of the filing of the *Disclosure Statement*, the objection deadline, and the hearing thereon having been given; and just cause existing for the relief granted herein;

**THE COURT HEREBY FINDS:**

A.    In accordance with section 1125 of title 11 of the United States Code and Federal Bankruptcy Rule 3017(b), the *Disclosure Statement* is deemed to contain adequate information for all creditors and interest holders.

**NOW THEREFORE**, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.    The *Disclosure Statement* is **APPROVED** for solicitation by the Debtor as provided herein.

2.    A hearing to consider confirmation of the *Plan* and any objections thereto shall be held on **April 30, 2020 at 11:00 a.m.** in Courtroom A, United States Bankruptcy Court

for the Western District of Pennsylvania, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

3. Objections to confirmation of the *Plan*, if any, must be in writing, must state the name of the objecting party, its interest in the chapter 11 case, the nature of the objection, and the basis for the objection, and must be filed with the Court and served in a manner so as to be received by the Debtor, counsel to the Debtor, and the United States Trustee by no later than **April 16, 2020** at the following addresses:

| **Raymond M. Pader**<br>3821 Kim Lane<br>Gibsonia, PA 15044<br><br>*Debtor* | **Christopher M. Frye**<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br><br>*Counsel to the Debtor/<br>Plan Proponent* | **Larry E. Wahlquist**<br>Office of the U.S. Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA  15222<br><br>*United States Trustee* |
| --- | --- | --- |

4. The balloting deadline for voting on the *Plan* is **April 16, 2020**. All parties who are entitled to vote on the *Plan* must submit written ballots (either accepting or rejecting the *Plan*) to Debtor's counsel at the address listed in paragraph 3 of this *Order* so that the ballot is received no later than **April 16, 2020**.

5. The Debtor shall file a *Ballot Summary* no later than **April 20, 2020.**

6. On or before **March 18, 2020**, the Debtor shall send a *Solicitation Package* (defined herein) to each creditor or party-in-interest who is entitled to vote on the Plan. The *Solicitation Package* shall include: (i) a copy of this *Order*; (ii) the *Disclosure Statement*; (iii) the *Plan Summary*; (iv) the *Plan*; and (v) a ballot conforming with sOfficial Form 14. The *Solicitation Package* shall also be served upon the United States Trustee (without a ballot). A certificate of service indicating compliance with this paragraph shall be filed with the Court within three business days of service.

7. On or before **March 18, 2020**, the Debtor shall send a *Confirmation Hearing Package* (defined herein) to all creditors and parties-in-interest pursuant to Federal Bankruptcy Rule 2002 *to the extent such parties are anot recipients of the Solicitation Package*. Recipients of the *Confirmation Hearing Package* shall include each of the following: (i) each person or entity that filed a proof of claim; (ii) each person or entity listed on the schedules (including any party to an executory contract); (iii) any party that filed a request for notice under Federal Bankruptcy Rule 2002; (iv) any known holders of claims or equity interests in the Debtor; and (v) any other party contained on the creditors' matrix maintained by the Court. The *Confirmation Hearing Package* shall include: (i) this *Order*; (ii) the *Plan Summary*; and (iii) a notice containing: (a) a statement that the person or entity is not eligible to cast a vote on the *Plan*; and (b) instructions for requesting a copy of the *Plan* at no cost to the requesting party. A certificate of service indicating compliance with this paragraph shall be filed with the Court within three business days.

8. Pursuant to W.PA.LBR 3018-1(f), the ballot shall include a separate section for creditors to accept or reject any third-party release contained in the plan (if applicable).

Dated: March 13, 2020

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Serve:
Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Raymond M. Pader
Leslie S. Pader
      Debtors

Case No. 19-23665-GLT
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: mgut      Page 1 of 1      Date Rcvd: Mar 13, 2020
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.
db/jdb          +Raymond M. Pader,   Leslie S. Pader,   3821 Kim Lane,   Gibsonia, PA 15044-9781

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2020 at the address(es) listed below:

       Christopher M. Frye   on behalf of Joint Debtor Leslie S. Pader chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

       Christopher M. Frye   on behalf of Debtor Raymond M. Pader chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

       James Warmbrodt   on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com

       Jodi L. Hause   on behalf of Creditor   Wells Fargo Bank, N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com

       Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

       Larry E. Wahlquist   on behalf of U.S. Trustee   Office of the United States Trustee larry.e.wahlquist@usdoj.gov

       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

       Preston D. Jaquish   on behalf of Creditor   First Commonwealth Bank, successor by merger to Southwest Bank pjaquish@lenderlaw.com

       S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

       Thomas Song   on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com

                                               TOTAL: 10