UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Pader, Raymond M. and Pader, Leslie S.                Case No. 19-23665-GLT

Reporting Period: _MAR 2020_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____        4/13/20
Signature of Debtor                               Date

_____        4/13/20
Signature of Joint Debtor                         Date

_____        _____
Signature of Preparer                             Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Pader, Raymond M. and Pader, Leslie S.  
      Debtor

Case No. 19-23665-GLT  
Reporting Period: _MAR 2020_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | c Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(9/99)

Pader, Raymond M. and Pader, Leslie S.    Case No. 19-23665-GLT
Debtor    Reporting Period: MAR 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 7536.97 | |
| **RECEIPTS** | | |
| Wages (Net) | 4496.84 | 40,672.84 |
| Interest and Dividend Income | — | 3.38 |
| Alimony and Child Support | | |
| Social Security and Pension Income | 1622.00 | 10447.00 |
| Sale of Assets | | |
| Other Income (attach schedule) | 3044.00 | 20,058.74 |
| Total Receipts | 9162.84 | 71,181.96 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | — | 11324.28 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1178.80 | 8538.37 |
| Insurance | 909.65 | 5789.54 |
| Auto Expense | 1145.52 | 8035.50 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 389.13 | 9429.84 |
| Medical Expenses | 500.00 | 4562.86 |
| Household Expenses | 3455.55 | 22280.60 |
| Charitable Contributions | 56.00 | 146.04 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 110.17 | 3452.09 |
| Gifts | 58.76 | 2744.76 |
| Other (attach schedule) | 596.91 | 11388.37 |
| Total Ordinary Disbursements | 8400.49 | 87692.25 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | — | 1625.00 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | — | 1625.00 |
| Total Disbursements (Ordinary + Reorganization) | 8400.49 | 89317.25 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 762.35 | |
| Cash - End of Month (Must equal reconciled bank statement) | 8299.32 | |

FORM MOR-1(INDV)
(9/99)

Pader, Raymond M. and Pader, Leslie S.  
Debtor

Case No. 19-23665-GLT  
Reporting Period: MAR 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| RENT | 3044.00 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| WEBSITE BACKUP/HOSTING | 74.91 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

Case 19-23665-GLT    Doc 64    Filed 04/14/20    Entered 04/14/20 08:29:37    Desc Main
Document    Page 4 of 15

Pader, Raymond M. and Pader, Leslie S.  Case No. 19-23665-GLT
Debtor  Reporting Period: MAR 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | |

FORM MOR-5
(9/99)



| **Account Activity** | Wednesday, April 01, 2020 |
|---|---|

### Standard Checking XXXXXX4535     Available Balance:  $7,717.72

#### Account Summary

| | | | |
|---|---|---|---|
| **Available Balance:** | $7,717.72 | **Interest Paid to Date:** | $0.00 |
| **Ledger Balance:** | $8,299.32 | **Interest Paid Last Year:** | $0.00 |
| **Pending Withdrawals:** | $581.60 | **Last Deposit Amount:** | $845.00 03/31/2020 |
| **Pending Deposits:** | $0.00 | **Last Statement Balance:** | $7,490.02 03/24/2020 |

#### Account Details

| | |
|---|---|
| **Nickname:** | None |
| **Type:** | Standard Checking |
| **Text Banking Nickname:** | 4535 |
| **Address:** | 3821 KIM LN GIBSONIA, PA 15044 - 9781 |

#### Pending Transactions

These transactions have been submitted to us since the last business day and are not yet posted to your account. When they have posted, they will be reflected in your Posted Transactions. Pending items may affect

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 03/31/2020 | CORPORATE ACH T200211793903 SQUARE INC * CASH APP | | $845.00 | $8,299.32 |
| 03/30/2020 | DEBIT CARD PURCHASE XXXXX1068 Amazon.com*FX5F906F3 Amzn.com/bi WA | $50.09 | | $7,454.32 |
| 03/30/2020 | DEBIT CARD PURCHASE XXXXX1068 AMZN Mktp US*WC7TN7IR3 Amzn.com/bi WA | $17.00 | | $7,504.41 |
| 03/30/2020 | DEBIT CARD PURCHASE XXXXX1068 BACKBLAZE HTTPSWWW.BA CA | $6.00 | | $7,521.41 |
| 03/30/2020 | DEBIT CARD PURCHASE XXXXX0657 STITCH FIX INC XXXXX3850 CA | $42.00 | | $7,527.41 |
| 03/30/2020 | DEBIT CARD PURCHASE XXXXX0657 ORDER.WISH.COM WWW.WISH.CO CA | $23.27 | | $7,569.41 |
| 03/30/2020 | DEBIT CARD PURCHASE XXXXX1068 GoFndMe* In Loving Mem Redwood Cit CA | $21.00 | | $7,592.68 |
| 03/30/2020 | RECURRING DEBIT CARD XXXXX8089 American Hm Shld XXXXX4663 TN | $50.83 | | $7,613.68 |

| Date | Description | Amount | Credit | Balance |
|---|---|---|---|---|
| 03/30/2020 | DEBIT CARD PURCHASE XXXXX1068 Amazon.com*MD8WT1HB2 Amzn.com/bi WA | $10.58 | | $7,664.51 |
| 03/30/2020 | DEBIT CARD PURCHASE XXXXX1068 MY PILLOW INTERNET XXXXX6199 MN | $92.63 | | $7,675.09 |
| 03/27/2020 | ACH CREDIT XXXXX7562 VENMO CASHOUT | | $629.00 | $7,767.72 |
| 03/26/2020 | DEBIT CARD PURCHASE XXXXX1068 CURIOSITYSTREAM HTTPSWWW.CU MD | $12.83 | | $7,138.72 |
| 03/26/2020 | DEBIT CARD PURCHASE XXXXX1068 MIGARDENER XXXXX7640 MI | $30.53 | | $7,151.55 |
| 03/26/2020 | DEBIT CARD PURCHASE XXXXX1068 KINGDOM TRUST XXXXX1000 KY | $100.00 | | $7,182.08 |
| 03/26/2020 | DEBIT CARD PURCHASE XXXXX1068 MARLEYSPOON.COM WWW.MARLEYS NY | $42.93 | | $7,282.08 |
| 03/26/2020 | DEBIT CARD PURCHASE XXXXX1068 Kindle UnltdD18BE71T3 XXXXX8851 WA | $10.59 | | $7,325.01 |
| 03/26/2020 | DEBIT CARD PURCHASE XXXXX1068 GOOGLE*DISNEY MOBILE INTERNET CA | $7.48 | | $7,335.60 |
| 03/26/2020 | DEBIT CARD PURCHASE XXXXX0657 AMZN Mktp US*ZG9JK5UH3 Amzn.com/bi WA | $14.74 | | $7,343.08 |
| 03/25/2020 | POS PURCHASE POS89021102 0484821 ALDI 69068 ALLISON PARK PA | $70.26 | | $7,357.82 |
| 03/25/2020 | POS PURCHASE POS26030016 0484820 WAL-MART #2603 GIBSONIA PA | $61.94 | | $7,428.08 |
| 03/24/2020 | ACH WEBSINGLE CKFXXXXX3980POS PITTSBURGH WATER ONLINE PMT | $59.82 | | $7,490.02 |
| 03/24/2020 | ACH WEBSINGLE CKFXXXXX3980POS WEST VIEW WATER ONLINE PMT | $87.21 | | $7,549.84 |
| 03/24/2020 | DEBIT CARD PURCHASE XXXXX0657 AMZN Mktp US*KL1PF1QR3 Amzn.com/bi WA | $11.39 | | $7,637.05 |
| 03/24/2020 | DEBIT CARD PURCHASE XXXXX0657 AMZN Mktp US*0Z85F3I43 Amzn.com/bi WA | $25.91 | | $7,648.44 |
| 03/23/2020 | N0323 1068 PAYMENT POS00000008 1854753 ARMSTRONG CABL BUTLER PA | $89.45 | | $7,674.35 |
| 03/23/2020 | ACH WEB-SINGLE MICROSOFT STORE PAYPAL INST XFER | $1.06 | | $7,763.80 |
| 03/23/2020 | ACH DEBIT 0S42592952 TRANSAMERICA INS INSPAYMENT | $137.29 | | $7,764.86 |
| 03/23/2020 | POS PURCHASE POS05999579 1854749 THE HOME DEPOT ALLISON PARK PA | $70.24 | | $7,902.15 |
| 03/23/2020 | DEBIT CARD PURCHASE XXXXX1068 TARGETCOM XXXXX3869 MN | $45.89 | | $7,972.39 |
| 03/23/2020 | DEBIT CARD PURCHASE XXXXX1068 CHIRP BOOKS XXXXX2478 MA | $1.05 | | $8,018.28 |
| 03/23/2020 | DEBIT CARD PURCHASE XXXXX0657 AMZN Mktp US*KH3DW34Y3 Amzn.com/bi WA | $19.83 | | $8,019.33 |
| 03/23/2020 | POS PURCHASE POS89021102 1854750 ALDI 69068 ALLISON PARK PA | $120.83 | | $8,039.16 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 03/23/2020 | POS PURCHASE POS24260301 1854751 WAL-MART #2603 GIBSONIA PA | $105.74 | | $8,159.99 |
| 03/23/2020 | POS PURCHASE POS91039000 1854752 GIANT EAGLE #1 GIBSONIA PA | $46.26 | | $8,170.67 |
| 03/23/2020 | DEBIT CARD PURCHASE XXXXX0657 CHANGE.ORG CHANGE.ORG CA | $8.00 | | $8,216.93 |
| 03/23/2020 | DEBIT CARD PURCHASE XXXXX0657 AMZN MKTP US*O96YY7BN3 AMZN.COM/BI WA | $11.65 | | $8,224.93 |
| 03/20/2020 | DEBIT CARD PURCHASE XXXXX1068 MIGARDENER XXXXX7640 MI | $12.65 | | $8,236.58 |
| 03/20/2020 | DEBIT CARD PURCHASE XXXXX1068 AMZN MKTP US*S82HM5XW3 AMZN.COM/BI WA | $33.72 | | $8,249.23 |
| 03/19/2020 | ACH DEBIT 9599617 GLAIC INSPAYMENT | $43.20 | | $8,282.95 |
| 03/19/2020 | DEBIT CARD PURCHASE XXXXX0657 STITCH FIX INC XXXXX3850 CA | $144.25 | | $8,326.15 |
| 03/19/2020 | DEBIT CARD PURCHASE XXXXX1068 Amazon.com*O88MI5X83 Amzn.com/bi WA | $45.45 | | $8,470.40 |
| 03/19/2020 | DEBIT CARD PURCHASE XXXXX0657 ALEX AND ANI XXXXX7822 RI | $47.08 | | $8,515.85 |
| 03/18/2020 | DEBIT CARD PURCHASE XXXXX1068 Amazon.com*YB2UW8AW3 Amzn.com/bi WA | $3.14 | | $8,562.93 |
| 03/18/2020 | DEBIT CARD PURCHASE XXXXX1068 WISHCOM XXXXX0172 CA | $63.60 | | $8,566.07 |
| 03/18/2020 | DEBIT CARD PURCHASE XXXXX1068 Amazon.com*WI04X6E33 Amzn.com/bi WA | $26.49 | | $8,629.67 |
| 03/18/2020 | DEBIT CARD PURCHASE XXXXX1068 AMAZON.COM*K38N43SN3 A AMZN.COM/BI WA | $3.91 | | $8,656.16 |
| 03/18/2020 | ACH CREDIT XXXXX8275 PAYPAL TRANSFER | | $1.00 | $8,660.07 |
| 03/18/2020 | ACH CREDIT XXXXX1919 VENMO CASHOUT | | $59.82 | $8,659.07 |
| 03/18/2020 | ACH CREDIT 5EF6 35 QUANTUM STRIDES 5EF6 | | $2,591.19 | $8,599.25 |
| 03/17/2020 | RETURN OF DEPOSITED ITEM FEE | $12.00 | | $6,008.06 |
| 03/17/2020 | ACH DEBIT XXXXX9710 ENCOMPASS INS PAYMENT | $142.33 | | $6,020.06 |
| 03/16/2020 | CHECK 1005 030076050 | $25.00 | | $6,162.39 |
| 03/16/2020 | POS PURCHASE POS33044701 2513630 ROUTE 8 SHOP'N GIBSONIA PA | $36.04 | | $6,187.39 |
| 03/16/2020 | ACH WEB-SINGLE KPRIOR2020 EBAY PAYPAL INST XFER | $8.40 | | $6,223.43 |
| 03/16/2020 | ACH WEB-SINGLE LINDALSTURM PAYPAL INST XFER | $40.00 | | $6,231.83 |
| 03/16/2020 | ACH WEBSINGLE XXXXX6801 VENMO PAYMENT | $121.00 | | $6,271.83 |
| 03/16/2020 | RECURRING DEBIT CARD XXXXX8076 GOOGLE YouTubePremium XXXXX3987 CA | $10.69 | | $6,392.83 |
| 03/16/2020 | DEBIT CARD PURCHASE XXXXX1068 MARLEYSPOON.COM WWW.MARLEYS NY | $42.93 | | $6,403.52 |

| Date | Description | Amount | Deposit | Balance |
|---|---|---|---|---|
| 03/16/2020 | POS PURCHASE POS05999579 2513627 THE HOME DEPOT ALLISON PARK PA | $68.62 | | $6,446.45 |
| 03/16/2020 | POS PURCHASE POS08072601 2513629 SHEETZ 0500 SEWICKLEY PA | $7.48 | | $6,515.07 |
| 03/16/2020 | POS PURCHASE POS33044701 2513632 ROUTE 8 SHOP'N GIBSONIA PA | $14.99 | | $6,522.55 |
| 03/16/2020 | DEBIT CARD PURCHASE XXXXX1068 OTT* ECHOBOOM STRIPE.COM CA | $5.99 | | $6,537.54 |
| 03/16/2020 | DEBIT CARD PURCHASE XXXXX0657 AMZN Mktp US*KY0DN3SL3 Amzn.com/bi WA | $50.75 | | $6,543.53 |
| 03/16/2020 | POS PURCHASE POS24260301 2513631 WAL-MART #2603 GIBSONIA PA | $43.49 | | $6,594.28 |
| 03/16/2020 | POS PURCHASE POS33044701 2513626 ROUTE 8 SHOP'N GIBSONIA PA | $34.51 | | $6,637.77 |
| 03/16/2020 | DEBIT CARD PURCHASE XXXXX1068 AMZN Mktp US*OQ06H1V63 Amzn.com/bi WA | $9.99 | | $6,672.28 |
| 03/16/2020 | DEBIT CARD PURCHASE XXXXX1068 ARBYS #1691 GIBSONIA GIBSONIA PA | $9.31 | | $6,682.27 |
| 03/16/2020 | POS PURCHASE POS33044701 2513628 ROUTE 8 SHOP'N GIBSONIA PA | $3.00 | | $6,691.58 |
| 03/16/2020 | DEBIT CARD PURCHASE XXXXX1068 AMZN Mktp US*SU4OA5ZD3 Amzn.com/bi WA | $13.09 | | $6,694.58 |
| 03/16/2020 | DEBIT CARD PURCHASE XXXXX0657 CLEANTOWN, USA ALLISON PAR PA | $42.79 | | $6,707.67 |
| 03/16/2020 | RET DEP ITEM 100430 | $11.32 | | $6,750.46 |
| 03/13/2020 | ACH WEB-SINGLE LINDALSTURM PAYPAL INST XFER | $1.00 | | $6,761.78 |
| 03/13/2020 | DEBIT CARD PURCHASE XXXXX0657 SCHOLASTIC BOOK FAIRS LAKE MARY FL | $22.00 | | $6,762.78 |
| 03/13/2020 | DEBIT CARD PURCHASE XXXXX0657 SQ *PLAY2WEAR Gibsonia PA | $7.00 | | $6,784.78 |
| 03/13/2020 | DEBIT CARD PURCHASE XXXXX0657 SQ *PLAY2WEAR Gibsonia PA | $6.00 | | $6,791.78 |
| 03/13/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU ISLAND SPORT CENTE PITTSBURGH PA | $13.00 | | $6,797.78 |
| 03/13/2020 | DEBIT CARD PURCHASE XXXXX1068 AMAZON.COM*4J9K76F03 A AMZN.COM/BI WA | $15.89 | | $6,810.78 |
| 03/13/2020 | DEBIT CARD PURCHASE XXXXX1068 MYHOUSEDEALSCOM XXXXX1180 TX | $37.00 | | $6,826.67 |
| 03/13/2020 | DEBIT CARD PURCHASE XXXXX1068 GOOGLE*GOOGLE STORAGE INTERNET CA | $1.99 | | $6,863.67 |
| 03/13/2020 | DEPOSIT XXXXX3011 | | $206.42 | $6,865.66 |
| 03/12/2020 | ATM WITHDRAWAL PNCPD1170 N0312 0657 7600 GRAND AVE PITTSBURGH PA | $50.00 | | $6,659.24 |
| 03/12/2020 | POS PURCHASE POS91039100 0734291 GIANT EAGLE #1 GIBSONIA PA | $26.50 | | $6,709.24 |

| Date | Description | Amount | | Balance |
|---|---|---|---|---|
| 03/12/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU ISLAND SPORT CENTE XXXXX4453 PA | $9.00 | | $6,855.74 |
| 03/12/2020 | DEBIT CARD PURCHASE XXXXX0657 SQ *HAIR SYMMETRY Wexford PA | $30.00 | | $6,833.74 |
| 03/12/2020 | RECURRING DEBIT CARD XXXXX8072 SXMSIRIUSXMCOMACCT XXXXX5144 NY | $28.54 | | $6,863.74 |
| 03/12/2020 | DEBIT CARD PURCHASE XXXXX1068 AMZN Mktp US*1U6L91ZR3 Amzn.com/bi WA | $10.59 | | $6,892.28 |
| 03/11/2020 | CHECK 1006 071127950 | $50.00 | | $6,902.87 |
| 03/11/2020 | ACH WEBSINGLE XXXXX1862 OPTUM BANK CONTRIB | $500.00 | | $6,952.87 |
| 03/11/2020 | DEBIT CARD PURCHASE XXXXX0657 DOLLARTREE ALLISON PAR PA | $73.53 | | $7,452.87 |
| 03/11/2020 | DEBIT CARD PURCHASE XXXXX0657 B PARLOR SALON PITTSBURGH PA | $184.00 | | $7,526.40 |
| 03/11/2020 | DEBIT CARD PURCHASE XXXXX1068 AMAZON.COM*9O5LU1O23 A AMZN.COM/BI WA | $8.13 | | $7,710.40 |
| 03/10/2020 | ATM WITHDRAWAL PNCPJ3961 N0310 1068 505 GRANDVIEW CRSG GIBSONIA PA | $110.00 | | $7,718.53 |
| 03/10/2020 | 38954 GIANT EAGGIBSPAPREAUTHPMTGETGO ADVPAY | $31.70 | | $7,828.53 |
| 03/10/2020 | ACH WEBSINGLE CKFXXXXX3980POS PEOPLES NAT GAS ONLINE PMT | $164.02 | | $7,860.23 |
| 03/10/2020 | ACH WEBRECUR XXXXX3029 SCHWAB ADV ACH CONTRIB | $500.00 | | $8,024.25 |
| 03/10/2020 | DEBIT CARD PURCHASE XXXXX1068 AMZN Mktp US*K48T21EQ3 Amzn.com/bi WA | $12.71 | | $8,524.25 |
| 03/10/2020 | RECURRING DEBIT CARD XXXXX8070 Neat Co PA XXXXX2135 XXXXX7900 PA | $9.62 | | $8,536.96 |
| 03/10/2020 | PNC PURCHASE PAYBACK AWARD | | $0.27 | $8,546.58 |
| 03/10/2020 | CORPORATE ACH T200205198873 SQUARE INC * CASH APP | | $845.00 | $8,546.31 |
| 03/09/2020 | ACH WEBSINGLE XXXXX5175 PRESALE.CODES IAT PAYPAL | $12.99 | | $7,701.31 |
| 03/09/2020 | 38954 GIANT EAGGIBSPAPREAUTHPMTGETGO ADVPAY | $34.91 | | $7,714.30 |
| 03/09/2020 | DEBIT CARD PURCHASE XXXXX1068 Amazon MusicIU3VK0TJ3 XXXXX3080 WA | $15.89 | | $7,749.21 |
| 03/09/2020 | N0308 1068 PAYMENT POS003 2416974 NETFLIX COM LOS GATOS CA | $17.11 | | $7,765.10 |
| 03/09/2020 | ATM WITHDRAWAL PNCPX1371 N0308 1068 4960 WILLIAM FLYNN ALLISON PARK PA | $110.00 | | $7,782.21 |
| 03/09/2020 | DEBIT CARD PURCHASE XXXXX1068 LUCIANOS PIZZA & SIX PITTSBURGH PA | $40.53 | | $7,892.21 |
| 03/09/2020 | POS PURCHASE POS24667801 2416973 SAMSCLUB #6678 PITTSBURGH PA | $124.58 | | $7,932.74 |
| 03/09/2020 | DEBIT CARD PURCHASE XXXXX1068 AMZN | $41.03 | | $8,057.32 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | Mktp US*LR3UO21Q3 Amzn.com/bi WA | | | |
| 03/09/2020 | RECURRING DEBIT CARD XXXXX8068 American Hm Shld XXXXX4663 TN | $58.14 | | $8,098.35 |
| 03/09/2020 | RECURRING DEBIT CARD XXXXX8068 American Hm Shld XXXXX4663 TN | $91.30 | | $8,156.49 |
| 03/09/2020 | DEBIT CARD PURCHASE XXXXX1068 LINS GARDEN GIBSONIA PA | $27.61 | | $8,247.79 |
| 03/09/2020 | DEBIT CARD PURCHASE XXXXX0657 SP * RUSTED ORANGE CRA HTTPSRUSTED UT | $5.99 | | $8,275.40 |
| 03/09/2020 | DEBIT CARD PURCHASE XXXXX1068 OLIVE GARDEN 00016295 CRANBERRY T PA | $19.94 | | $8,281.39 |
| 03/09/2020 | RECURRING DEBIT CARD XXXXX8068 LEGALSHIELD MEMBRSHIP XXXXX7757 OK | $49.80 | | $8,301.33 |
| 03/09/2020 | DEBIT CARD PURCHASE XXXXX1068 BLUEAPRON* ORDER BLUEAPRON.C NY | $59.94 | | $8,351.13 |
| 03/09/2020 | DEBIT CARD PURCHASE XXXXX0657 GROUPON INC GROUPON.COM IL | $23.00 | | $8,411.07 |
| 03/09/2020 | DEPOSIT XXXXX7627 | | $725.00 | $8,434.07 |
| 03/06/2020 | ACH WEBSINGLE CKFXXXXX3980POS RTSA ONLINE PMT | $117.84 | | $7,709.07 |
| 03/06/2020 | ACH WEBRECUR CKFXXXXX3980POS NMAC LEASE ONLINE PMT | $499.50 | | $7,826.91 |
| 03/06/2020 | POS PURCHASE POS89021102 0793439 ALDI 69068 ALLISON PARK PA | $113.40 | | $8,326.41 |
| 03/06/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU ISLAND SPORT CENTE PITTSBURGH PA | $6.50 | | $8,439.81 |
| 03/06/2020 | POS PURCHASE POS26030045 0793440 WAL-MART STORE GIBSONIA PA | $22.72 | | $8,446.31 |
| 03/06/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU DINING SERVICES MOON TOWNSH PA | $2.13 | | $8,469.03 |
| 03/06/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU ISLAND SPORT CENTE PITTSBURGH PA | $13.00 | | $8,471.16 |
| 03/06/2020 | DEBIT CARD PURCHASE XXXXX0657 SP * COLOR THE WORLD COLORTHE.WO NC | $15.52 | | $8,484.16 |
| 03/06/2020 | DEBIT CARD PURCHASE XXXXX0657 GLAMAZONBEA XXXXX9442 NJ | $34.75 | | $8,499.68 |
| 03/06/2020 | DEBIT CARD PURCHASE XXXXX0657 THE MANE CHOICE XXXXX9085 AL | $13.95 | | $8,534.43 |
| 03/06/2020 | DEBIT CARD PURCHASE XXXXX0657 LION LATCH LLC XXXXX9682 TX | $23.95 | | $8,548.38 |
| 03/06/2020 | DEBIT CARD PURCHASE XXXXX1068 CKE*AVIVA BRICK OVEN G GIBSONIA PA | $67.05 | | $8,572.33 |
| 03/06/2020 | DEBIT CARD PURCHASE XXXXX0657 HELLO BISTRO #2505 WEXFORD PA | $12.57 | | $8,639.38 |
| 03/06/2020 | DEBIT CARD PURCHASE XXXXX1068 THE GREETING GALLERY ALLISON PAR PA | $16.03 | | $8,651.95 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 03/05/2020 | ATM WITHDRAWAL PNCPD1170 N0305 0657 7600 GRAND AVE PITTSBURGH PA | $0.00 | | $8,567.98 |
| 03/05/2020 | ACH WEBRECUR XXXXX0559 UNITEDHCMEDICARE MEDINSPYMT | $78.70 | | $8,717.98 |
| 03/05/2020 | ACH DEBIT 5ZF231 UNITED WORLD HTH MAR INSPRM | $240.45 | | $8,796.68 |
| 03/05/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU DINING SERVICES MOON TOWNSH PA | $5.19 | | $9,037.13 |
| 03/05/2020 | DEBIT CARD PURCHASE XXXXX1068 CLEANTOWN, USA ALLISON PAR PA | $42.79 | | $9,042.32 |
| 03/04/2020 | ACH WEB-SINGLE RELIHANDENI PAYPAL INST XFER | $50.00 | | $9,085.11 |
| 03/04/2020 | ACH DEBIT XXXXX6036 DUQUESNE LIGHT PAYMENT | $255.73 | | $9,135.11 |
| 03/03/2020 | ACH DEBIT XXXXX0013EPAYW ATT PAYMENT | $361.56 | | $9,390.84 |
| 03/03/2020 | DEBIT CARD PURCHASE XXXXX1068 Tesla XXXXX8375 CA | $100.00 | | $9,752.40 |
| 03/03/2020 | DEBIT CARD PURCHASE XXXXX1068 GOOGLE*GSUITE FRACKMAR INTERNET CA | $6.42 | | $9,852.40 |
| 03/03/2020 | DEBIT CARD PURCHASE XXXXX0657 Amazon.com*BC42567F3 Amzn.com/bi WA | $10.26 | | $9,858.82 |
| 03/03/2020 | DEBIT CARD PURCHASE XXXXX1068 USCCADELTA DEFENSE LL XXXXX1919 WI | $30.04 | | $9,869.08 |
| 03/03/2020 | ACH CREDIT XXXXX3269C1 SSA SSA TREAS 310 XXSOC SEC | | $718.00 | $9,899.12 |
| 03/03/2020 | ACH CREDIT XXXXX3269A SSA SSA TREAS 310 XXSOC SEC | | $904.00 | $9,181.12 |
| 03/03/2020 | ACH CREDIT 5EF6 35 QUANTUM STRIDES 5EF6 | | $1,905.65 | $8,277.12 |
| 03/02/2020 | CHECK 7053 074794187 | $347.75 | | $6,371.47 |
| 03/02/2020 | ACH WEB-SINGLE PATREON MEMBER PAYPAL INST XFER | $2.00 | | $6,719.22 |
| 03/02/2020 | 38954 GIANT EAGGIBSPAPREAUTHPMTGETGO ADVPAY | $46.08 | | $6,721.22 |
| 03/02/2020 | ACH DEBIT XXXXX5217 ADT SECURITY PAYMENT | $52.99 | | $6,767.30 |
| 03/02/2020 | DEBIT CARD PURCHASE XXXXX1068 CONTROL PANEL SOLUTION XXXXX2635 TX | $30.00 | | $6,820.29 |
| 03/02/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU DINING SERVICES MOON TOWNSH PA | $2.41 | | $6,850.29 |
| 03/02/2020 | DEBIT CARD PURCHASE XXXXX0657 RMU DINING SERVICES MOON TOWNSH PA | $5.99 | | $6,852.70 |
| 03/02/2020 | RECURRING DEBIT CARD XXXXX7062 BBXBIRCHBOX INC XXXXX7272 NY | $13.00 | | $6,858.69 |
| 03/02/2020 | DEBIT CARD PURCHASE XXXXX1068 DIGITALOCEAN.COM DIGITALOCEA NY | $24.50 | | $6,871.69 |
| 03/02/2020 | DEBIT CARD PURCHASE XXXXX0657 CHURN | $15.02 | | $6,896.19 |

GIBSONIA PA

| Date | Description | Amount | Balance |
|---|---|---|---|
| 03/02/2020 | DEBIT CARD PURCHASE XXXXX0657 HOMEGOODS #0634 PITTSBURGH PA | $106.97 | $6,911.21 |
| 03/02/2020 | POS PURCHASE POS002 2406349 IN *GIFTED HAN WEXFORD PA | $90.68 | $7,018.18 |
| 03/02/2020 | DEBIT CARD PURCHASE XXXXX0657 BURGATORY - MCCANDLESS PITTSBURGH PA | $18.46 | $7,108.86 |
| 03/02/2020 | POS PURCHASE POS31254001 2487802 ADVANCE AUTO P GIBSONIA PA | $42.78 | $7,127.32 |
| | Thank you for choosing Advance Auto Parts! Sign up to receive special email offers at shop.advanceautoparts.com! | | |
| 03/02/2020 | RECURRING DEBIT CARD XXXXX8062 OPCUPMC Health Plan XXXXX7461 PA | $187.84 | $7,170.10 |
| 03/02/2020 | DEBIT CARD PURCHASE XXXXX1068 1007 BRAVO CUCINA ITA XXXXX3556 PA | $93.92 | $7,357.94 |
| 03/02/2020 | DEBIT CARD PURCHASE XXXXX1068 BACKBLAZE HTTPSWWW.BA CA | $6.00 | $7,451.86 |
| 03/02/2020 | DEBIT CARD PURCHASE XXXXX1068 BLUEAPRON* ORDER BLUEAPRON.C NY | $59.94 | $7,457.86 |
| 03/02/2020 | DEBIT CARD PURCHASE XXXXX1068 Amazon.com*Q403899P3 Amzn.com/bi WA | $19.17 | $7,517.80 |

03/18/2020

QUANTUM STRIDES LLC
13800 COPPERMINE ROAD STE 150
HERNDON, VA 20171

(703) 424-0856

NON-NEGOTIABLE

PAY TO THE ORDER OF    PADER, RAYMOND                                NET    $2,591.19

PADER, RAYMOND
3821 KIM LN
GIBSONIA, PA 15044-9781

PADER, RAYMOND

WORKER ID : 5EF6-35

3821 KIM LN
GIBSONIA, PA 15044-9781

| | | | | |
|---|---|---|---|---|
| PERIOD START | 02/16/2020 | CHECK DATE | 03/18/2020 |
| PERIOD END | 02/29/2020 | CHECK NUMBER | 0 |

QUANTUM STRIDES LLC

13800 COPPERMINE ROAD STE 150
HERNDON, VA 20171
(703) 424-0856

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | $85.00 | 45.00 hrs | | $3,825.00 | $13,345.00 |
| COMM $ | | | | $0.00 | $1,693.12 |
| **TOTAL HOURS & EARNINGS** | | 45.00 hrs | 0.00 hrs | **$3,825.00** | **$15,038.12** |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $327.82 | $1,197.72 |
| FICA | $232.33 | $908.28 |
| MEDFICA | $54.34 | $212.42 |
| PA SUI EE | $2.29 | $9.02 |
| PINE-RI | $18.74 | $73.26 |
| RICHL7LST | $4.32 | $12.96 |
| RICHLAN | $18.74 | $73.26 |
| STATE-PA | $115.04 | $449.75 |
| **TOTAL TAXES** | **$773.62** | **$2,936.67** |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| 401K 1$ | $382.50 | $1,503.81 |
| HIPRE | $77.69 | $388.45 |
| **TOTAL DEDUCTIONS** | **$460.19** | **$1,892.26** |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| TOTAL EARNINGS | $3,825.00 | $15,038.12 |
| TOTAL TAXES | $773.62 | $2,936.67 |
| TOTAL DEDUCTIONS | $460.19 | $1,892.26 |
| **NET PAY** | | **$2,591.19** |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

QUANTUM STRIDES LLC
13800 COPPERMINE ROAD STE 150
HERNDON, VA 20171

(703) 424-0856

03/03/2020

NON-NEGOTIABLE

PAY TO THE ORDER OF: PADER, RAYMOND

NET $1,905.65

PADER, RAYMOND
3821 KIM LN
GIBSONIA, PA 15044-9781

---

PADER, RAYMOND
WORKER ID : 5EF6-35

3821 KIM LN
GIBSONIA, PA 15044-9781

| | | | |
|---|---|---|---|
| PERIOD START | 02/02/2020 | CHECK DATE | 03/03/2020 |
| PERIOD END | 02/15/2020 | CHECK NUMBER | 0 |

QUANTUM STRIDES LLC

13800 COPPERMINE ROAD STE 150
HERNDON, VA 20171
(703) 424-0856

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | $85.00 | 33.00 hrs | | $2,805.00 | $9,520.00 |
| COMM $ | | | | $0.00 | $1,693.12 |
| **TOTAL HOURS & EARNINGS** | | 33.00 hrs | 0.00 hrs | **$2,805.00** | **$11,213.12** |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $217.66 | $869.90 |
| FICA | $169.10 | $675.95 |
| MEDFICA | $39.54 | $158.08 |
| PA SUI EE | $1.69 | $6.73 |
| PINE-RI | $13.64 | $54.52 |
| RICHL7LST | $2.16 | $8.64 |
| RICHLAN | $13.64 | $54.52 |
| STATE-PA | $83.73 | $334.71 |
| **TOTAL TAXES** | **$541.16** | **$2,163.05** |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| 401K 1$ | $280.50 | $1,121.31 |
| HIPRE | $77.69 | $310.76 |
| **TOTAL DEDUCTIONS** | **$358.19** | **$1,432.07** |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| TOTAL EARNINGS | $2,805.00 | $11,213.12 |
| TOTAL TAXES | $541.16 | $2,163.05 |
| TOTAL DEDUCTIONS | $358.19 | $1,432.07 |
| **NET PAY** | **$1,905.65** | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals