IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                                               Bankruptcy No. 19-23665 JAD

**Raymond M. Pader**
**Leslie S. Pader,**

      **Debtors**

### SUMMARY OF BALLOTS REGARDING DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION DATED FEBRUARY 3, 2020

 

**Christopher M. Frye, Esquire**
**PA ID No. 208402**
**Steidl & Steinberg**
**Suite 2830 Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA  15219**
**412-391-8000**
**Counsel for Debtor**

**RAYMOND AND LESLIE PADER**
**Case No.  19-23665 GLT**

**All original Ballots are available for inspection at the office of
Christopher M. Frye, Esquire**

**BALLOT SUMMARY**

**Class 1  -  Administrative Claims –  Not Impaired**

Class 1 is not impaired and not entitled to vote on the Debtors' Plan.

**Class 2  -  PSECU – Secured Debt –Not Impaired**

Class 2 is not impaired and not entitled to vote on the Debtors' Plan.

**Class 3  -  Bayview Loan Servicing, LLC, Wells Fargo Bank, N.A. and PSECU – Secured Debt –  Not Impaired**

Class 3 is not impaired and not entitled to vote on the Debtors' Plan.

**Class 4  -  Diamond Resorts – Secured Debt –  Not Impaired**

Class 4 is not impaired and not entitled to vote on the Debtors' Plan.

**Class 5 -  Priority Unsecured Claims –  Not Impaired**

Class 5 is not impaired and not entitled to vote on the Debtors' Plan.

**Class 6 – General Unsecured Creditors - Impaired**

|  | **Number of Votes** | **Amount** |
|---|---|---|
| ACCEPT | 6 | $41,440.99 |
| REJECT | 0 | $0.00 |

**NOTE:  ALL ORIGINAL BALLOTS ARE BEING HELD BY CHRISTOPHER M. FRYE, ESQUIRE, COUNSEL FOR THE DEBTOR AND ARE AVAILABLE FOR INSPECTION UPON REQUEST.'**