IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-23665 GLT |
| Raymond M Pader ) | |
| Leslie S. Pader, ) | |
| ) | Chapter 11 |
| Debtors ) | Related to Docket No. 47 |

### ORDER CONFIRMING DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION DATED FEBRUARY 3, 2020

**AND NOW**, to wit, this _____ day of _____, 2020, the Debtors' Chapter 11 Plan of Reorganization Dated February 3, 2020 ("Plan") filed under Chapter 11 of the Bankruptcy Code filed by the Debtors, Raymond and Leslie Pader, and a Disclosure Statement and Summary of Chapter 11 Plan having been transmitted to all creditors and equity security holders, and it having been determined, after hearing and notice, that the requirements for confirmation set forth in 11 U.S.C. Section 1129 have been satisfied:

It hereby **ORDERED** and **DECREED** Debtors' Chapter 11 Plan of Reorganization Dated September 11, 2018, filed at Docket No. 47 is hereby **CONFIRMED**

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge