Case 19-23665-GLT   Doc 68   Filed 04/30/20   Entered 04/30/20 15:13:30   Desc Main
Document   Page 1 of 1

FILED
4/30/20 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 19-23665-GLT |
| | : | Chapter: | 11 |
| Raymond M. Pader | : | | |
| Leslie S. Pader | : | | |
| | : | Date: | 4/30/2020 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

*MATTER:*   Confirmation Hearing:
   # 47 - Chapter 11 Plan dated February 3, 2020
   # 66 - Ballot summary
   # 67 - Proposed Order

*APPEARANCES:*
   Debtor:   Christopher M. Frye

*NOTES:* (11:19)

Frye: This is not a small business case, and the disclosure statement was already approved. I uploaded a standard confirmation order, and the debtors' income remains steady in light of everything going on.

Court: That was my main question, to get any insights as to whether COVID-19 has impacted their income.

Frye: I spoke with them yesterday and they don't foresee any decrease in income any time soon.

Court: The budgeted amount for monthly plan payments includes $81.56 to Class 5 and $625 to general unsecured creditors in Class 6 (although actually paid quarterly), is that correct?

Frye: Yes.

Court: That payment amount seems doable in light of the debtors' income levels. I find all the requirements for Section 1129(a) have been met and that the plan was filed in good faith.

*OUTCOME:*

1. Chapter 11 Plan dated February 3, 2020 [Dkt. No. 47] is CONFIRMED. [HT to issue proposed order at Dkt. No. 67 with corrected date in second paragraph]

2. Post-Confirmation Order to issue. [HT to issue]

**DATED:** 4/30/2020