FILED
4/30/20 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-23665 GLT |
| Raymond M Pader ) | |
| Leslie S. Pader, ) | |
| ) | Chapter 11 |
| Debtors ) | Related to Docket No. 47 and 67 |

### ORDER CONFIRMING DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION DATED FEBRUARY 3, 2020

**AND NOW**, to wit, this __30th__ day of __April__, 2020, the Debtors' Chapter 11 Plan of Reorganization Dated February 3, 2020 ("Plan") filed under Chapter 11 of the Bankruptcy Code filed by the Debtors, Raymond and Leslie Pader, and a Disclosure Statement and Summary of Chapter 11 Plan having been transmitted to all creditors and equity security holders, and it having been determined, after hearing and notice, that the requirements for confirmation set forth in 11 U.S.C. Section 1129 have been satisfied:

It hereby **ORDERED** and **DECREED** Debtors' Chapter 11 Plan of Reorganization Dated February 3, 2020, filed at Docket No. 47 is hereby **CONFIRMED**

Dated: 4/30/20
cm: Debtors

_____
Honorable Gregory L. Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-23665-GLT
Raymond M. Pader                                                Chapter 11
Leslie S. Pader
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: nsha              Page 1 of 1             Date Rcvd: Apr 30, 2020
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db/jdb         +Raymond M. Pader,    Leslie S. Pader,    3821 Kim Lane,    Gibsonia, PA 15044-9781

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
              Christopher M. Frye    on behalf of Joint Debtor Leslie S. Pader chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Raymond M. Pader chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James    Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, N.A. jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank, successor by merger to
               Southwest Bank pjaquish@lenderlaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas    Song    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
                                                                                             TOTAL: 10