# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Raymond M. Pader**<br>　　　**Leslie S. Pader**<br>　　　　　　　　　**Debtor(s)** | **BK NO. 19-23665 GLT**<br><br>**Chapter 11** |
| **Bayview Loan Servicing, LLC**<br>　　　　　　　　　**Movant**<br>　　　**vs.**<br><br>**Raymond M. Pader**<br>**Leslie S. Pader**<br>　　　　　　　　　**Debtor(s)**<br><br>,　　　　**Trustee** | |

## CERTIFICATE OF SERVICE OF
## Default Order on Motion for Relief from the Automatic Stay

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 5, 2020, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Raymond M. Pader
3821 Kim Lane
Gibsonia, PA 15044

Leslie S. Pader
3821 Kim Lane
Gibsonia, PA 15044

Attorney for Debtor(s)
Christopher M. Frye, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: May 5, 2020

　　　　　　　　　　　　　　　　　　　**/s/James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com