IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| | : | CHAPTER 11 |
| | : | CASE NO 19-23665-GLT |
| RAYMOND M. PADER | : | |
| LESLIE S. PADER, | : | RELATED TO DOCKET NO. 77, 78 |
| | : | |
| DEBTORS | : | |
| | : | |
| | : | |
| CHRISTOPHER M. FRYE, ESQUIRE | : | |
| and STEIDL AND STEINBERG, P.C., | : | |
| | : | |
| APPLICANT | : | |
| | : | |
| Vs. | : | |
| | : | |
| NO RESPONDENTS | : | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR PROFESSIONAL FEES AND EXPENSES IN CHAPTER 11 REORGANIZATION PROCEEDING FILED BY CHRISTOPHER M. FRYE, ESQUIRE AND STEIDL AND STEINBERG, P.C.**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Professional Fees and Expenses in Chapter 11 Reorganization Proceeding filed on May 19, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Professional Fees and Expenses in Chapter 11 Reorganization Proceeding appears thereon. Pursuant to the Notice of Hearing, objections for Application for Professional Fees and Expenses in Chapter 11 Reorganization Proceeding were to be filed and served no later than June 5, 2020**.**

It is hereby respectfully requested that the Order attached to the Application for Professional Fees and Expenses in Chapter 11 Reorganization Proceeding be entered by the Court.

Respectfully submitted,

June 9, 2020  
Date:

/s/ Christopher M. Frye  
Christopher M. Frye, Esquire  
Attorney for the Debtor

STEIDL & STEINBERG  
Suite 2830, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
Chris.frye@steidl-steinberg.com  
PA I.D. No. 208402