IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : CHAPTER 11 |
| | : CASE NO 19-23665-GLT |
| RAYMOND M. PADER | : |
| LESLIE S. PADER, | : RELATED TO DOCKET NO. 79, 80 |
| | : |
| DEBTORS | : |
| | : |
| | : |
| RAYMOND M. PADER | : |
| LESLIE S. PADER, | : |
| | : |
| MOVANTS | : |
| | : |
| Vs. | : |
| | : |
| NO RESPONDENTS | : |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR FINAL DECREE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Final Decree filed on May 19, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Final Decree appears thereon. Pursuant to the Notice of Hearing, objections for Motion for Final Decree were to be filed and served no later than June 5, 2020**.**

It is hereby respectfully requested that the Order attached to the Motion for Final Decree be entered by the Court.

Respectfully submitted,

June 9, 2020
Date:

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402