FILED
6/16/20 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : CHAPTER 11 |
| | : CASE NO 19-23665-GLT |
| RAYMOND M. PADER | : |
| LESLIE S. PADER, | : DOCKET NO. 77 |
| | : |
| DEBTORS | : |
| | : |
| CHRISTOPHER M. FRYE, ESQUIRE | : |
| and STEIDL AND STEINBERG, P.C., | : |
| | : |
| APPLICANT | : |
| | : |
| Vs. | : |
| | : |
| NO RESPONDENTS | : |

**MODIFIED DEFAULT ORDER OF COURT GRANTING FEE APPLICATION**

**MADE** at **PITTSBURGH, PENNSYLVANIA**, in said District, this __16th__ day of ___June___, 2020 **UPON CONSIDERATION** of the foregoing Application for Compensation for Services Rendered as Counsel for the Debtors and Debtor-In-Possession, and it appearing that Counsel rendered services on behalf of Raymond and Leslie Pader, Debtors, it is hereby **ORDERED** and **DECREED** that compensation for fees in the amount of $12,840.00 plus reimbursement of expenses in the amount of $311.00 for a total amount allowed of $13,151.00 is allowed to Christopher M. Frye, Esquire and Steidl and Steinberg, P.C. as counsel for the Debtors and Debtor-In-Possession for legal services rendered to the Debtors and Debtor-In-Possession as a Chapter 11 Administrative Expense. A retainer of $5,000.00 having been previously paid by the Debtors prior to filing, the balance due is $8,151.00.

The total allowed fees represent a reduction of $600 from the amount requested in the Application. The Court finds that at least 3.0 hours of purely administrative tasks were charged at Attorney Frye's full hourly rate of $300, as opposed to a lower administrative rate in keeping with the level of experience needed to complete the task. Accordingly, the Court has reduced the per hour rate for those tasks from $300/hour to $100/hour. The time entries in question are set out below:

9-18-19 Filing of emergency Chapter 11 petition .1

10-2-19 Filing of Motion to Extend Time to Complete Petition .1

10-8-19 Filing of petition and tax info and paystubs .3

1-30-20 Filing of COS re Order setting Status conf. .1

10-16-19 Filing of September 2019 MOR .1

11-18-19 Filing of October 2019 MOR .1

1-9-20 Filing of November 2019 MOR .1

1-29-20 Filing of December 2019 MOR .1

2-12-20 Filing of January 2020 MOR .1

4-14-20 Filing of February 2020 MOR .1

4-14-20 Filing of March 2020 MOR .1

9-24-19 Filing of hearing notice, motion to employ and COS .2

10-16-19 Filing of CNO re employment Application .1

10-23-19 Filing of COS re employ counsel order .1

5-18-20 Filing of Fee App and hearing notice .2

2-3-20 Filing of Chapter 11 Plan, D/S, and Summary .3

2-6-20 Filing of D/S COS .1

3-11-20 Filing of CNO re D/S .1

4-28-20 Filing of Ballot Summary .1

4-28-20 Filing of Conf. Order .1

5-5-20 Filing of COS re Confirmation Order .1

5-19-20 Filing of Motion for Final Decree .1

5-19-20 Filing of hearing notice and COS re Final Decree .1

FUTURE Filing of First Status Report re post-conf. .1

DATED: 6/16/20
DEFAULT ENTRY

SO ORDERED:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Raymond M. Pader  
Leslie S. Pader  
     Debtors

Case No. 19-23665-GLT  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 1     Date Rcvd: Jun 16, 2020  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.  
db/jdb         +Raymond M. Pader,    Leslie S. Pader,    3821 Kim Lane,    Gibsonia, PA 15044-9781

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:

          Christopher M. Frye    on behalf of Joint Debtor Leslie S. Pader chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
          Christopher M. Frye    on behalf of Debtor Raymond M. Pader chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
          James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com  
          Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com  
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
          Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank, successor by merger to Southwest Bank pjaquish@lenderlaw.com  
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
          Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com  
                                                                                                   TOTAL: 10