Case 19-23665-GLT    Doc 88    Filed 06/19/20    Entered 06/20/20 00:40:32    Desc Imaged
                  Certificate of Notice    Page 1 of 2

FILED
6/17/20 12:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : CHAPTER 11 |
| | : CASE NO 19-23665-GLT |
| RAYMOND M. PADER | : |
| LESLIE S. PADER, | : DOCKET NO. 79 |
| | : |
| DEBTORS | : |
| | : |
| RAYMOND M. PADER | : |
| LESLIE S. PADER, | : |
| | : |
| MOVANTS | : |
| | : |
| Vs. | : |
| | : |
| NO RESPONDENTS | : |

**ORDER OF COURT**

**MADE** at **PITTSBURGH, PENNSYLVANIA**, in said District, this __17th__ day of __June_____, 2020, it appearing that in the confirmed Plan of Raymond and Leslie Pader being substantially consummated pursuant to 11 U.S.C. Section 1101(2) and the provisions of the Post-Confirmation Order having been completed, it is hereby **ORDERED and DECREED** that the Chapter 11 Reorganization Proceeding of Raymond and Leslie Pader is hereby closed.

Prepared by: __Christopher Frye, Esq.__

**DEFAULT ENTRY**

Dated: June 17, 2020

_____
Gregory L. Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 19-23665-GLT
Raymond M. Pader                                                           Chapter 11
Leslie S. Pader
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: nsha                Page 1 of 1              Date Rcvd: Jun 17, 2020
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
db/jdb         +Raymond M. Pader,    Leslie S. Pader,   3821 Kim Lane,   Gibsonia, PA 15044-9781

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
              Christopher M. Frye    on behalf of Joint Debtor Leslie S. Pader chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Raymond M. Pader chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, N.A. jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank, successor by merger to
               Southwest Bank pjaquish@lenderlaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas   Song    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
                                                                                             TOTAL: 10